Case 1:26-cv-08418-DLC Document 21-3 Filed 10/09/26 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEAN SAFFRON,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Civil Action No. 26-cv-08418 |

**~~[PROPOSED]~~ ORDER GRANTING LEAVE TO CONDUCT LIMITED EXPEDITED THIRD-PARTY DISCOVERY**

Upon consideration of Plaintiff Dean Saffron's Motion for Leave to Conduct Limited Expedited Third-Party Discovery, and for good cause shown, it is hereby ORDERED:

1. Pursuant to Federal Rules of Civil Procedure 26(d)(1) and 45, Plaintiff is granted leave to conduct limited expedited discovery before the conference contemplated by Rule 26(f).

2. Plaintiff is authorized to issue and serve expedited discovery upon Redbubble and TeePublic (collectively, the "Platforms") seeking documents and electronically stored information concerning the Defendant seller accounts identified in Schedule A to the Complaint.

3. The discovery authorized by this Order shall be limited to the categories of documents identified in Exhibit A to the Declaration of Ryan E. Carreon submitted in support of Plaintiff's Motion for Leave to Conduct Limited Expedited Third-Party Discovery, including documents concerning:

   a. Defendants' identities, physical addresses, and contact information;

   b. The verification, accuracy, and history of Defendants' identifying and contact information;

c. The methods by which the Platforms communicate with Defendants, including electronic messaging and notice-delivery mechanisms;

d. Sales, transactions, and revenues associated with the allegedly infringing products;

e. Payment arrangements and proceeds attributable to the allegedly infringing products; and

f. Additional seller accounts associated with the same verified account holders or payment recipients.

4. Plaintiff may serve the discovery immediately following entry of this Order. The discovery requests shall specify a date for production no earlier than fourteen (14) days after service unless otherwise agreed by the responding Platform or ordered by the Court.

5. Nothing in this Order prejudices Plaintiff's right to seek additional discovery upon a further showing of good cause.

SO ORDERED.

Date October 15, 2026

[signature]

HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE